IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02256-LTB-MEH

LESTER J. WILSON, and
CYNTHIA A. WILSON,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2016**.

    Plaintiffs' Unopposed Motion to Amend Complaint [filed March 11, 2016; docket #26] is **denied without prejudice** for Plaintiffs' failure to comply with D.C. Colo. LCivR 15.1(a).[1]

---

[1] Plaintiffs contend that they seek "leave to amend their Complaint in order to correct and clarify certain factual allegations, add additional factual allegations, remove a claim, and add a claim against Defendant Wells Fargo Bank N.A. d/b/a Wells Fargo Home Mortgage (the "Bank")."  However, without conducting a side-by-side analysis of the original Complaint and the proposed amended pleading (which the rule seeks to avoid), the Court cannot discern which portions of the pleading are to be amended.