# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   15-cv-02256-LTB-MEH

LESTER J. WILSON and
CYNTHIA A. WILSON,

       Plaintiffs,

v.

WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE,

       Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiffs' Unopposed Motion to Amend Complaint (Doc 29 - filed March 18, 2016) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.



Dated:   March 21, 2016
_____